IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT L. WALKER
#0034684                                                         PLAINTIFF

v.                          No. 3:21-cv-147-DPM

GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES                              DEFENDANTS

## JUDGMENT

Walker's complaint is dismissed without prejudice.

*W.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

16 November 2021